

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00576-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Timothy **DICKEN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-10924
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is REVERSED and judgment is RENDERED denying the petition to expunge the records and files pertaining to the felony possession of a controlled substance offense and arrest. Costs of this appeal are taxed against Appellee Timothy Dicken.

SIGNED October 2, 2013.

_____
Patricia O. Alvarez, Justice